**Order entered January 22, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01032-CV

### IN THE INTEREST OF T.R., L.R., J.R., S.R., E.R., C.R., AND V.R., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-06935**

### ORDER

Pursuant to this Court's January 8, 2021 order, appellant has provided written verification that she has requested preparation of the reporter's record and is waiting for Yolanda Atkins, Official Court Reporter for the 255th Judicial District Court, to notify her of the cost. In light of these circumstances, we **ORDER** Ms. Atkins to file the reporter's record **within thirty days** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Atkins and all parties.

/s/    KEN MOLBERG
       JUSTICE